THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| IRAELLA STROTHERS,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:14-CV-01362-RAJ<br><br><br><br>ORDER |

    Based on the stipulation of the parties, it is hereby ORDERED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

    On remand, the ALJ shall hold a new hearing and issue a new decision.  The ALJ will be instructed to consider the claimant's IQ scores and borderline intellectual functioning at steps two and three of sequential evaluation including consideration of Listing 12.05, further consider the opinions of Drs. Parker and Dalbey, reassess the residual functional capacity and, if warranted, obtain medical expert evidence, further consider the claimant's credibility and proceed to steps four and five of the sequential evaluation.  Plaintiff may submit new evidence.

Page 1    ORDER - [2:14-CV-01362-RAJ]

DATED this 29th day of January, 2015.

The Honorable Richard A. Jones
United States District Judge